# United States District Court

## EASTERN DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA

**WARRANT FOR ARREST**

MICHAEL ANDREW GRAVES

CASE NUMBER: CR 00-104 B

 RETURN

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest **Michael Andrew Graves, 3002 Press Court, New Orleans, LA 70126** and bring him or her forthwith to the

nearest magistrate judge to answer a(n)

( ) Indictment ( ) Information ( ) Complaint ( ) Order of Court ( ) Probation Violation Petition (X) Supervised Release Violation Petition ( ) Violation Notice

charging him or her with alleged violations of Supervised Release

in violation of Title United States Code, Section(s)

**LORETTA G. WHYTE**
Name of Issuing Officer

**CLERK**
Title of Issuing Officer

**June 13, 2005   New Orleans, Louisiana**
Date and Location

Signature of Issuing Officer

(By) Deputy Clerk

Bail fixed at $_____ by _____
Name of Judicial Officer

___ Fee_____
___ Process_____
X  Dktd_____
___ CtRmDep_____
___ Doc. No._____

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at _____
CBD JPSO

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 07/02/05 | Brian W. Fair DUSM | [signature] |

Arrested by JPSO on USMS warrant.