MINUTE ENTRY
WILKINSON, M.J.
JULY 5, 2005          UNITED STATES DISTRICT COURT
                       EASTERN DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA                              CRIMINAL ACTION

VERSUS                                                NO. **00-104**

MICHAEL GRAVES                                        SECTION **"B"**

### INITIAL APPEARANCE SUPERVISED RELEASE VIOLATION

APPEARANCES:  X / DEFENDANT WITH/(WITHOUT) COUNSEL _____
              X / ASST. U. S. ATTORNEY  CARTER GUICE - Nils Kessler for
              X / PROBATION OFFICER CORNELL MANUEL - Jill Dernneckenberger
              ___ / INTERPRETER,_____, SWORN  (TIME: ____.M. TO ____.M.)

X / DEFENDANT WAS ADVISED OF HIS RIGHTS

X / READING OF PETITION/RULE TO REVOKE: READ (SUMMARIZED) WAIVED

___/ DEFENDANT INFORMED THE COURT THAT COUNSEL WOULD BE RETAINED

X̷/ REQUESTED COURT-APPOINTED COUNSEL; SWORN RE FINANCIAL STATUS
X̷/ FEDERAL PUBLIC DEFENDER APPOINTED TO REPRESENT THE DEFENDANT
___/ DEFENDANT FOUND NOT TO BE LEGALLY INDIGENT
___/ BOND SET AT _____

X/ DEFENDANT REMANDED TO THE CUSTODY OF THE U. S. MARSHAL
___/ DEFENDANT RELEASED ON BOND
___/ DEFENDANT INFORMED THAT HEARING TO DETERMINE COUNSEL IS SET FOR
_____
X/ DEFENDANT INFORMED THAT PRELIMINARY HEARING IS SET FOR
   July 15, 2005 at 10:00 a.m.
X/ DEFENDANT INFORMED THAT DETENTION HEARING IS SET FOR
   July 7, 2005 at 2:00 p.m.
X / RULE TO REVOKE SUPERVISED RELEASE WILL BE SET
    BEFORE UNITED STATES DISTRICT JUDGE IVAN LEMELLE

MJSTAR:  :04

___ Fee_____
___ Process_____
X / Dktd_____
✓ CtRmDep_____
___ Doc. No._____