```
              FILED
        U.S. DISTRICT COURT
       EASTERN DISTRICT OF LA

       2005 JUL 14  AM 10: 09

          LORETTA G. WHYTE
                CLERK
```

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL DOCKET NO. 00-104 |
| v. | * | SECTION: "B" |
| MICHAEL ANDREW GRAVES | * | |

\* \* \*

### RULE TO REVOKE SUPERVISED RELEASE

**NOW INTO COURT** comes the United States of America, through the undersigned Assistant United States Attorney, and respectfully represents the following:

I.

On June 20, 2001, the defendant, Michael Andrew Graves, appeared before this Honorable Court and pled guilty to violating Title 18, United States Code, Sections 1344 and 2, relative to bank fraud. On September 5, 2001, the defendant was sentenced to a term of 18 months in the custody of the Bureau of Prisons, to be followed by five years of supervised release.(copy attached as Exhibit 1).

II.

As set forth in the attached Petition for Warrant or Summons for Offender Under Supervision (copy attached as Exhibit 2) the defendant has violated the conditions of his supervised release in the following respects:

```
__ Fee_____
__ Process_____
X  Dktd_____
/  CtRmDep_____
__ Doc. No._____
```

1.  Graves failed to report for scheduled office appointments with his probation officer on the following dates: May 7, 2004, November 15, 2004, April 1, 2005, April 4, 2005 and April 29, 2005. Graves did not contact his probation officer to explain why he did not make these appointments. Graves continually failed to submit his monthly supervision reports in a timely manner.

2.  Graves has failed to make the court-ordered payments of $250.00 per month. His current balance is $14,945.00. The last payment received was on October 29, 2004 in the amount of $100.00. It should be noted that Graves was employed with Doak Transporters, Incorporated from December 2004 through April 2005. Graves reported an average monthly income of $1,600.00.

**WHEREFORE**, the Government prays that the defendant, Michael Andrew Graves be brought before this Court and a copy of this rule be served upon him, and that he be ordered to show cause, if any he can, on the **21st** day of **July, 2005**, at **2:00 p.m.**, 500 Poydras Street, New Orleans, Louisiana, why his supervised release should not be revoked for violation of the terms and conditions of his supervised release.

Respectfully submitted,

JIM LETTEN
UNITED STATES ATTORNEY

*/s/ Carter K. D. Guice, Jr.*
CARTER K. D. GUICE, JR.
Asst. United States Attorney
Bar Roll No. 16771
Hale Boggs Federal Building
500 Poydras Street, Room B210
New Orleans, Louisiana 70130
(504) 680-3072

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Rule to Revoke Supervised Release has been served upon counsel of record for Michael Andrew Graves:

> George Chaney
> Assistant Federal Public Defender
> 500 Poydras Street, Room 318
> New Orleans, Louisiana 70130

by hand delivery, ( or by placing same in the U.S. mail, postage pre-paid and) properly addressed, this 14th day of July, 2005.

_____
CARTER K. D. GUICE, JR.
Assistant United States Attorney




UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

U. S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED **SEP - 5 2001**
LORETTA G. WHYTE
CLERK

UNITED STATES OF AMERICA
VS.    MICHAEL ANDREW GRAVES         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        CRIMINAL ACTION
       OPP - 2800 Gravier St.        (SOC. SEC. NO.)    00-104 "B"
       New Orleans, LA  70119                           (CASE NO./SEC.)

## JUDGMENT AND PROBATION/COMMITMENT ORDER

In the presence of the attorney for the government,   Month     Day    Year
the defendant appeared in person on this date -------( September  5    2001 )

_X_ **WITH COUNSEL** Re Johnna B. Mitchell, 1600 Canal St., Suite 110, N.O., LA 70112
Assistant U.S. Attorney: Carter K.D. Guice, Jr.   U.S. Probation Officer: Loretta Eglen
Court Reporter: Vic DiGiorgio                     Courtroom Deputy: Audry E. Steward

**PLEA:** _X_ **GUILTY,** and the Court being satisfied that there is a factual basis for the plea. There being a finding of **GUILTY on June 20, 2001 as to Count 1 of the Indictment.** Defendant has been convicted as charged of the offense(s) of 18 USC §§ 1344 and 2 - BANK FRAUD.

The sentence is imposed pursuant to the Sentencing Reform Act of 1984. The Court adjudged the defendant guilty as charged and convicted and **ORDERED** that: The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of 18 months as to Count 1, said sentence to run concurrently with defendant's prior undischarged state sentence. **IT IS FURTHER ORDERED** that the defendant make restitution to Orleans Public School Federal Credit Union in the amount of $15,395.00. The Court finds that the defendant does not have the ability to pay interest on the restitution. The Court will waive the interest requirement in this case. The payment of restitution shall begin while the defendant is incarcerated. Upon release, any unpaid balance shall be paid at the rate of $250.00 per month. Assets obtained illegally must be forfeited to rightful owners. Upon release from imprisonment, the defendant shall be placed on supervised release for a term of five years as to Count 1. Within 72 hours of release from the custody of the Bureau of Prisons, the defendant shall report in person to the probation office in the district to which the defendant is released. While on supervised release, the defendant shall comply with the mandatory and standard conditions that have been adopted by this Court and shall not possess a firearm. In addition, the following special conditions are imposed: (1) The defendant shall provide the Probation Officer with access to any requested financial information. (2) The defendant shall not incur new credit charges or open additional lines of credit without the approval of the Probation Officer, unless the defendant is in compliance with the installment payment schedule. (3) The defendant shall participate in an orientation and life skills program as directed by the Probation Officer. **IT IS FURTHER ORDERED** that the defendant be remanded to the custody of the United States Marshal.

**IT IS FURTHER ORDERED** that the defendant shall pay to the United States a special assessment of $100.00 as to Count __1__, which is due immediately.

**IT IS FURTHER ORDERED** that the defendant notify the United States Attorney for this District within 30 days of any change of residence or mailing address until all fines, restitution, costs and special assessments imposed by this Judgment are fully paid. In addition to the special conditions of probation imposed above, **IT IS HEREBY ORDERED** that the general conditions of probation/supervised release set out on the reverse side be imposed.

**IT IS FURTHER ORDERED:**
[ ] The defendant shall pay any fines that remain unpaid at the commencement of the term of supervised release.
[ ] The court has determined that the defendant does not have the ability to pay interest. The interest requirement is (waived) (modified as follows):

SIGNED BY:
U.S. District Judge _____          CERTIFIED AS A TRUE COPY **SEP - 5 2001**
                      IVAN L.R. LEMELLE              ON THIS DATE _____
                    (Date) __9/5/01__                BY: _Audry E. Steward_
                                                         Deputy Clerk

Prob12C (7/93)

# UNITED STATES DISTRICT COURT
## for the
## Eastern District of Louisiana



GOVERNMENT EXHIBIT
2

## PETITION FOR WARRANT OR SUMMONS FOR OFFENDER UNDER SUPERVISION

**Name of Offender:** MICHAEL ANDREW GRAVES          **Case Number:** 053L 2:00CR00104-001B

**Name of Sentencing Judicial Officer:** Honorable Ivan L. R. Lemelle

**Offense:** 18 USC 1344 and 2 - Bank fraud

**Date of Sentence:** September 05, 2001

**Sentence:** 18 months custody of the Bureau of Prisons, followed by a five year term of supervised release. A special assessment fee of $100.00 was also ordered

**Special Conditions:**

1. Financial disclosure
2. Financial restriction
3. Orientation and Life Skills
4. Pay restitution in the amount of $15,295.00, to be paid at a rate of $250.00 per month

**Type of Supervision:**   Supervised Release          **Date Supervision Commenced:** December 23, 2003
**Assistant U.S. Attorney:**   Carter K.D. Guice          **Defense Attorney:** ReJohnna Brown Mitchell

---

## PETITIONING THE COURT

[ X ] To issue a warrant                                              [ ] To issue a summons

For the arrest of Michael Andrew Graves for alleged violations of Supervised Release, and that he be brought before this court to answer a Rule to Show Cause Why Supervised Release Should Not Be Revoked.

---

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Non-Compliance |
| --- | --- |
| Standard Condition No. 2 | Graves failed to report for scheduled office appointments with this officer on the following dates: May 7, 2004, November 15, 2004, April 1, 2005, April 4, 2005, and April 29, 2005. Graves did not contact this officer to explain why he did not make these appointments. Graves continually failed to submit his monthly supervision reports in a timely manner. |
| Special Condition No. 4 | Graves has failed to make the court-ordered payments of $250.00 per month. His current balance is $14,945.00. The last payment received was on October 29, 2004, in the amount of $100.00. It should be noted that Graves was employed with Doak Transporters, Incorporated from Decmeber 2004 through April 2005. Graves reported an average monthly income of $1,600.00. |

CUSTODIAL STATUS:

Michael Graves is not in custody at this time.

Executed on: June 09, 2005

_____
Cornell J. Manuel
U.S. Probation Officer

REVIEWED BY:

_____
Stephanie H. Williams
Supervising U. S. Probation Officer

## THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   Other

_____
Signature of Judicial Officer

_____
Date

Address of Offender:   3002 Press Court
                        New Orleans, LA 70126

THE CLERK IS DIRECTED TO DISTRIBUTE COPIES TO THE FOLLOWING ONLY:
  Original        - Clerk's Office
  1 Copy Certified    - U.S. Attorney
  1 Copy Certified    - U.S. Marshal's Office
  2 Copies Certified  - U.S. Probation Office

**NOTICE TO THE AUSA:** DO NOT PREPARE THE RULE UNTIL AFTER THE OFFENDER APPEARS FOR THE INITIAL APPEARANCE HEARING

