

```
         FILED
    U.S. DISTRICT COURT
  EASTERN DISTRICT OF LA

   2005 JUL 15  PM 2: 01

       LORETTA G. WHYTE
              CLERK
```

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CRIMINAL DOCKET NO. 00-104** |
| v. | * | SECTION: "B" |
| **MICHAEL ANDREW GRAVES** | * | |
| | * * * | |

## ORDER

**IT IS HEREBY ORDERED** that the defendant, Michael Andrew Graves, be brought before this Court, a copy of this rule be served upon him, and that he show cause, if any he can, on the **21st** day of **July, 2005**, at **2:00 p.m.**, why the supervised release granted by the United States District Court for the Eastern District of Louisiana, should not be revoked for violations of the terms and conditions of his supervised release.

New Orleans, Louisiana, this 14th day of July 2005.

_____
IVAN L. R. LEMELLE
UNITED STATES DISTRICT JUDGE

```
__ Fee_____
__ Process_____
X  Dktd_____
/  CtRmDep____
__ Doc. No.____
```