**MINUTE ENTRY**
**LEMELLE, J.**
**July 21, 2005**

JS-10:  1:40

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

**UNITED STATES OF AMERICA**                **CRIMINAL ACTION**

**VERSUS**                                  **NO.   00-104**

**MICHAEL ANDREW GRAVES**                   **SECTION "B"**

### REVOCATION HEARING

Courtroom Deputy:  Audry E. Steward
Court Recorder:  Bonnie Hebert

APPEARANCES:        G. Kall Kammer, Asst. U.S. Attorney
                    George Chaney, Jr. - FPD, Counsel for Defendant
                    Stephanie Williams, U.S. Probation Officer
                    Michael Andrew Graves, Defendant

Case called; all present and ready.
Counsel appear for the record.
Government witness:  U.S. Probation Officer Stephanie Williams, sworn and testified.
Government rests.
Court exhibit 1 admitted into evidence.
Defense witnesses:  Mildred Graves and Michael Graves, sworn and testified.
Government exhibits:  1 and 2, offered and admitted.
Defense rests.
Court holds the matter of revocation open until U.S. Probation Officer Cornell Manuel
        is available to testify and other issues are addressed.  Revocation hearing is
        continued to Friday, August 26, 2005 at 10:00 a.m.
Defendant is remanded to the custody of the United States Marshal
Court adjourned at 3:40 p.m.

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep. aes
___ Doc. No._____

# EXHIBIT AND WITNESS LIST

| UNITED STATES OF AMERICA | VS. | MICHAEL ANDREW GRAVES | DISTRICT COURT<br>Eastern District of Louisiana |
|---|---|---|---|
| GOVERNMENT'S ATTORNEY<br>  G. DALL KAMMER | | DEFENDANT'S ATTORNEY<br>  GEORGE CHANEY, JR. - FPD | DOCKET NUMBER<br>  CR 00-104 "B" |
| | | | REVOCATION HEARING DATE<br>  JULY 21, 2005 |
| PRESIDING JUDGE<br>  IVAN L.R. LEMELLE | | COURT RECORDER<br>  BONNIE HEBERT | COURTROOM DEPUTY<br>  AUDRY E. STEWARD |

| EXHIBITS | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|
| COURT 1 | 7/21/05 | X | X | WORTHLESS CHECK PARTIAL PAYMENT CONTRACT DATED MAY 6TH |
| GOV'T 1 | " | X | X | CASH AMERICA PAWN TICKET # 372753 DATED 9/29/04 |
| GOV'T 2 | " | X | X | PHOTOCOPY OF CHECK # 1130 PAYABLE TO TAMARA TAPLIN IN THE AMOUNT OF $4,280.00 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

*Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of ___1___ Page