```
          UNITED STATES DISTRICT COURT
                   FILED
              July 22, 2005
          EASTERN DISTRICT OF LOUISIANA
                Loretta G. Whyte
                     Clerk
```

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL NO. 00-104** |
| **VERSUS** | **SECTION "B"** |
| **MICHAEL ANDREW GRAVES** | **VIOLATION: SUPERVISED RELEASE** |

### NOTICE OF REVOCATION HEARING

Take Notice that the **Revocation Hearing** in this criminal case has been continued to **FRIDAY, AUGUST 26, 2005 at 10:00 A.M.**, before Judge Ivan L.R. Lemelle, Courtroom C501, 500 Poydras Street, New Orleans, LA 70130.

**IMPORTANT NOTE: PHOTO I.D. IS REQUIRED TO ENTER THE BUILDING.**

**PERSONS ON BOND MUST REPORT TO THE DEPUTY U.S. MARSHAL IMMEDIATELY OUTSIDE THE AFORESAID COURTROOM FOR EVALUATION AND SEARCH 15 MINUTES PRIOR TO APPEARANCE.**

Date: July 22, 2005

TO:
Michael Andrew Graves
c/o U.S. Marshal

George Chaney, Jr. - FPD
   **Counsel for Michael A. Graves**

If you change address,
notify clerk of court
by phone, 589-7747

LORETTA G. WHYTE, CLERK

by: _Audry E. Steward_
       **Audry E. Steward**
          **Deputy Clerk**

AUSA G. Dall Kammer   (2)

U.S. Marshal

U.S. Probation Officer

U.S. Pretrial Services

**JUDGE LEMELLE**

COURT REPORTER COORDINATOR
INTERPRETER: NONE

```
___FEE_____
X PROCESS ala (8)
X DOCKET_____
X CTRM DEP  ala
DOCUMENT NO._____
```