UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

2005 JUL 27 PM 4: 25

LORETTA G. WHYTE
CLERK

UNITED STATES OF AMERICA     CRIMINAL ACTION

VERSUS     NUMBER   00-104

MICHAEL GRAVES     SECTION   "B"

## REQUEST FOR SUBPOENAS

Please issue signed subpoenas as noted below, pursuant to Rule 17 (a) and (c) of the Federal Rules of Criminal Procedure. I hereby certify that the number of subpoenas requested is in accordance with the Federal Rules of Criminal Procedure.

**SUBPOENAS TO TESTIFY AND/OR PRODUCE DOCUMENTS**

_____ set(s) for trial or hearing scheduled on:
August 26, 2005
DATE OF TRIAL OR HEARING

*George Chaney Jr.*
Attorney's Signature

500 Poydras St., Ste. 318
Attorney's Address

New Orleans, LA 70130

22215
Attorney's Bar Number

Defendant
Party Attorney Represents

\_\_ Fee _____
✓ Process _____
X Jkid _____
\_\_ CtRmDep _____
\_\_ Doc. No. _____