**MINUTE ENTRY**
**LEMELLE, J.**
**August 26, 2005**

| JS-10:   0:25 |

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL ACTION** |
| **VERSUS** | **NO.  00-104** |
| **MICHAEL ANDREW GRAVES** | **SECTION "B"** |

### REVOCATION HEARING

Courtroom Deputy:   Audry E. Steward
Court Reporter:   Vic DiGiorgio

APPEARANCES:    Carter K.D. Guice, Jr., Asst. U.S. Attorney
George Chaney, Jr. - FPD, Counsel for Defendant
Cornell Manuel, U.S. Probation Officer
Michael Andrew Graves, Defendant

Continued from July 21, 2005.
Case called; all present and ready.
Counsel appear for the record.
Defendant does not contest the violations contained in the Rule to Revoke Supervised Release.
Oral argument by the parties.
For reasons orally stated on the record, defendant's term of supervised release, imposed on September 5, 2001, is hereby REVOKED.
**See Order Revoking Supervised Release.**
Defendant is remanded to the custody of the United States Marshal
Court adjourned at 10:25 a.m.

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep____
___ Doc. No._____