U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED  AUG 2 6 2005

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO. 00-104 |
| MICHAEL ANDREW GRAVES | SECTION "B" |

### ORDER REVOKING SUPERVISED RELEASE

On this 26th day of August, 2005, defendant Michael Andrew Graves appeared in court with counsel, George Chaney, Jr. - Federal Public Defender, and in the presence of Asst. U.S. Attorney Carter K.D. Guice, Jr. and U.S. Probation Officer Cornell Manuel, to show cause why defendant's supervised release should not be revoked. Accordingly,

Pursuant to the Sentencing Reform Act of 1984, **IT IS THE JUDGMENT of this Court that the defendant's term of supervised release, imposed on September 5, 2001, is hereby REVOKED and the defendant is hereby COMMITTED to the custody of the Bureau of Prisons for a period of six months as to Count 1.**

Upon release from imprisonment, the defendant shall be placed on supervised release for a term of three years. Within 72 hours of release from the custody of the Bureau of Prisons, the defendant shall report in person to the probation office in the

district to which the defendant is released. While on supervised release, the defendant shall comply with the mandatory and standard conditions that have been adopted by this Court and shall not possess a firearm. In addition, the following special conditions are imposed:

(1) The defendant shall provide the Probation Officer with access to any requested financial information.

(2) The defendant shall not incur new credit charges or open additional lines of credit without the approval of the Probation Officer, unless the defendant is in compliance with the installment payment schedule.

(3) The defendant shall pay the restitution balance in the amount of $14,145.00, to be paid at a rate of $250.00 per month, beginning during imprisonment.

(4) The defendant shall participate in an orientation and life skills program as directed by the Probation Officer.

IT IS FURTHER ORDERED that defendant, Michael Andrew Graves, be remanded to the custody of the United States Marshal.

New Orleans, Louisiana, this the 26th day of August, 2005.

IVAN L.R. LEMELLE
UNITED STATES DISTRICT JUDGE