MINUTE ENTRY
MOORE, M.J.
JULY 6, 2006

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA            CRIMINAL ACTION

VERSUS            NO. **00-104**

MICHAEL A. GRAVES            SECTION "B"

### INITIAL APPEARANCE SUPERVISED RELEASE VIOLATION

APPEARANCES:  X/ DEFENDANT WITH/(WITHOUT) COUNSEL _____
               X/ ASST. U. S. ATTORNEY  CARTER K.D. GUICE_____
               X/ PROBATION OFFICER CORNELL J. MANUEL_____
               __/ INTERPRETER,_____,_____,SWORN (TIME: ____.M. TO ____.M.)

X/ DEFENDANT WAS ADVISED OF HIS RIGHTS

X/ READING OF PETITION/RULE TO REVOKE: READ (SUMMARIZED) WAIVED

__/ DEFENDANT INFORMED THE COURT THAT COUNSEL WOULD BE RETAINED

X/ REQUESTED COURT-APPOINTED COUNSEL; SWORN RE FINANCIAL STATUS
X/ FEDERAL PUBLIC DEFENDER APPOINTED TO REPRESENT THE DEFENDANT
__/ DEFENDANT FOUND NOT TO BE LEGALLY INDIGENT
__/ BOND SET AT _____

X/ DEFENDANT REMANDED TO THE CUSTODY OF THE U. S. MARSHAL
__/ DEFENDANT RELEASED ON BOND
__/ DEFENDANT INFORMED THAT HEARING TO DETERMINE COUNSEL IS SET FOR _____

X/ DEFENDANT INFORMED THAT PRELIMINARY HEARING IS SET FOR
July 14, 2006 at 10:00 A.M.

X/ DEFENDANT INFORMED THAT DETENTION HEARING IS SET FOR
July 7, 2006 at 10:00 AM

X/ RULE TO REVOKE SUPERVISED RELEASE WILL BE SET
   BEFORE UNITED STATES DISTRICT JUDGE IVAN L.R. LEMELLE

MJSTAR: :08