FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 JUL 13 PM 2:19

LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CRIMINAL DOCKET NO. 00-104** |
| v. | * | SECTION: "B" |
| **MICHAEL ANDREW GRAVES** | * | |

\* \* \*

## RULE TO REVOKE SUPERVISED RELEASE

**NOW INTO COURT** comes the United States of America, through the undersigned Assistant United States Attorney, and respectfully represents the following:

I.

On June 20, 2001, the defendant, Michael Andrew Graves, appeared before this Honorable Court and pled guilty to violating Title 18, United States Code, Sections 1344 and 2, relative to bank fraud. On September 5, 2001, the defendant was sentenced to a term of 18 months in the custody of the Bureau of Prisons, to be followed by five years of supervised release.(copy attached as Exhibit 1). On August 26, 2005, this Honorable Court revoked the defendant's supervised release and ordered that the defendant be committed to the custody of the Bureau of Prisons for a period of six months (copy attached as Exhibit 2).

___ Fee_____
___ Process_____
X  Dktd_____
✓  CtRmDep_____
___ Doc. No_____

II.

As set forth in the attached Petition for Warrant or Summons for Offender Under Supervision (copy attached as Exhibit 3), the defendant has violated the conditions of his supervised release in the following respects:

1. Graves traveled outside of the Eastern District of Louisiana without the permission of his probation officer. On May 27, 2006 through May 30, 2006, Graves went to Memphis, Tennessee along with his girlfriend Arlana Aples. Graves did not have permission from his probation officer nor did he have a travel permit.

2. Graves failed to report for scheduled office appointments at the probation office on the following dates: May 25, 2006 and June 20, 2006.

3. When confronted about a black Lincoln Navigator automobile parked in the parking lot of his apartment, Graves advised that he did not know who owned the vehicle. Graves later advised his probation officer that he was in possession of the above-mentioned vehicle which belonged to a friend identified as Marlene Johnson.

4. Graves has failed to make the court-ordered restitution payments of $250.00 per month. His current balance is $13,395.00. Since the commencement of his supervised release term, Graves has only made three payments toward his restitution totaling $750.00.

**WHEREFORE**, the Government prays that the defendant, Michael Andrew Graves be brought before this Court and a copy of this rule be served upon him, and that he be ordered to show cause, if any he can, on the **26th** day of **July, 2006**, at **2:00 p.m.**, 500 Poydras Street,

New Orleans, Louisiana, why his supervised release should not be revoked for violation of the terms and conditions of his supervised release.

                                      Respectfully submitted,

                                      JIM LETTEN
                                      UNITED STATES ATTORNEY

                                      CARTER K. D. GUICE, JR.
                                      Asst. United States Attorney
                                      Bar Roll No. 16771
                                      Hale Boggs Federal Building
                                      500 Poydras Street, Room B210
                                      New Orleans, Louisiana 70130
                                      (504) 680-3072

**CERTIFICATE OF SERVICE**
I certify that a copy of the foregoing has been served upon counsel for all parties by mailing the same to each, properly addressed and postage prepaid this 13th day of July, 2006.

Assistant United States Attorney