UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL DOCKET NO. 00-104 |
| v. | * | SECTION: "B" |
| MICHAEL ANDREW GRAVES | * | |
| | * * * | |

### NOTICE OF HEARING

TO: Michael Andrew Graves
  c/o U.S. Marshall's Service

**PLEASE TAKE NOTICE** that the undersigned will bring the attached Rule to Revoke Supervised Release before the Honorable Ivan L. R. Lemelle, United States District Judge, at 500 Poydras Street, New Orleans, Louisiana, on the **26th** day of **July, 2006** at **2:00 p.m.**.

Respectfully submitted,

JIM LETTEN
UNITED STATES ATTORNEY

CARTER K. D. GUICE, JR.
Asst. United States Attorney
Bar Roll No. 16771
Hale Boggs Federal Building
500 Poydras Street, Room B210
New Orleans, Louisiana 70130
(504) 680-3072