# United States District Court

## EASTERN DISTRICT OF LOUISIANA



UNITED STATES OF AMERICA

v.

MICHAEL ANDREW GRAVES

**WARRANT FOR ARREST**

CASE NUMBER: CR 00-104 B

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest **Michael Andrew Graves, 84 Antigua Drive, Apt. C, Kenner, LA 70065** and bring him or her forthwith to the

nearest magistrate judge to answer a(n)

( ) Indictment   ( ) Information   ( ) Complaint   ( ) Order of Court   ( ) Probation Violation Petition   (X) Supervised Release Violation Petition   ( ) Violation Notice

charging him or her with alleged violations of Supervised Release

in violation of Title United States Code, Section(s)

**LORETTA G. WHYTE**
Name of Issuing Officer

**CLERK**
Title of Issuing Officer

**June 27, 2006   New Orleans, Louisiana**
Date and Location

Signature of Issuing Officer

(By) Deputy Clerk

Bail fixed at $ _____   by _____
Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at 84 ANTIGUA DR APT C, KENNER, LA |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 7/6/2006 | HEFELFINGER, ASHLEY DUSM | |

**THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:**

**DEFENDANT'S NAME:** _____

**ALIAS:** _____

**LAST KNOWN RESIDENCE:** _____

**LAST KNOWN EMPLOYMENT:** _____

**PLACE OF BIRTH:** _____

**DATE OF BIRTH:** _____

**SOCIAL SECURITY NUMBER:** _____

**HEIGHT:** _____  **WEIGHT:** _____

**SEX:** _____  **RACE:** _____

**HAIR:** _____  **EYES:** _____

**SCARS, TATTOOS, OTHER DISTINGUISHING MARKS:** _____
_____
_____

**FBI NUMBER:** _____

**COMPLETE DESCRIPTION OF AUTO:** _____
_____

**INVESTIGATIVE AGENCY AND ADDRESS:** _____
_____
_____