UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL NO. 00-104** |
| **VERSUS** | **SECTION "B"** |
| **MICHAEL ANDREW GRAVES** | **VIOLATION: SUPERVISED RELEASE** |

NOTICE OF **REVOCATION HEARING**

Take Notice that this criminal case has been set for **REVOCATION HEARING** on **Wednesday, July 26, 2006 at 2:00 p.m.,** before Judge Ivan L.R. Lemelle, Courtroom C501, 500 Poydras Street, New Orleans, LA 70130.

**IMPORTANT NOTE: PHOTO I.D. IS REQUIRED TO ENTER THE BUILDING.**

**PERSONS ON BOND MUST REPORT TO THE DEPUTY U.S. MARSHAL IMMEDIATELY OUTSIDE THE AFORESAID COURTROOM FOR EVALUATION AND SEARCH 15 MINUTES PRIOR TO APPEARANCE.**

| | |
|---|---|
| Date: July 14, 2006 | LORETTA G. WHYTE, CLERK |
| | Issued by: Audry E. Steward, Deputy Clerk |
| TO: | |
| | AUSA Carter K.D. Guice   (2) |
| Michael Andrew Graves | |
| c/o U.S. Marshal | U.S. Marshal |
| | |
| George Chaney, Jr. - FPD | U.S. Probation Officer |
| **Counsel for Michael A. Graves** | |
| | U.S. Pretrial Services |
| | |
| **If you change address,** | **JUDGE LEMELLE** |
| **notify the Deputy Clerk** | |
| **by phone, 589-7747** | COURT REPORTER COORDINATOR |
| | INTERPRETER: NONE |