UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL NO. 00-104** |
| **VERSUS** | **SECTION "B"** |
| **MICHAEL ANDREW GRAVES** | **VIOLATION: SUPERVISED RELEASE** |

NOTICE OF **REVOCATION HEARING**

Take Notice that the **REVOCATION HEARING** in this criminal case has been **CONTINUED** from July 26, 2006 to **Wednesday, August 16, 2006 at 2:00 p.m.,** before Judge Ivan L.R. Lemelle, Courtroom C501, 500 Poydras Street, New Orleans, LA 70130.

**IMPORTANT NOTE: PHOTO I.D. IS REQUIRED TO ENTER THE BUILDING.**

**PERSONS ON BOND MUST REPORT TO THE DEPUTY U.S. MARSHAL IMMEDIATELY OUTSIDE THE AFORESAID COURTROOM FOR EVALUATION AND SEARCH 15 MINUTES PRIOR TO APPEARANCE.**

| | |
|---|---|
| Date: July 21, 2006 | LORETTA G. WHYTE, CLERK |
| TO: | Issued by: Audry E. Steward, Deputy Clerk |
| Michael Andrew Graves<br>c/o U.S. Marshal | AUSA Carter K.D. Guice   (2) |
| | U.S. Marshal |
| George Chaney, Jr. - FPD<br>**Counsel for Michael A. Graves** | U.S. Probation Officer |
| | U.S. Pretrial Services |
| **If you change address,**<br>**notify the Deputy Clerk**<br>**by phone, 589-7747** | **JUDGE LEMELLE**<br><br>COURT REPORTER COORDINATOR<br>INTERPRETER: NONE |