**MINUTE ENTRY**
**LEMELLE, J.**
**August 16, 2006**

**JS-10:  0:20**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL ACTION** |
| **VERSUS** | **NO.  00-104** |
| **MICHAEL ANDREW GRAVES** | **SECTION "B"** |

### REVOCATION HEARING

Courtroom Deputy:   Audry E. Steward
Court Recorder:   Cynthia Crawford

APPEARANCES:   Carter K.D. Guice, Asst. U.S. Attorney
George Chaney, Jr. - FPD, Counsel for Defendant
Cornell Manuel, U.S. Probation Officer
Michael Andrew Graves, Defendant

Case called; all present and ready.
Counsel appear for the record.
Defendant stipulates to the contents of the U.S. Probation Officer's report.
Oral argument by the parties.
For reasons orally stated on the record, defendant's term of supervised release, imposed on August 26, 2005, is hereby REVOKED.
See **Judgment in a Criminal Case for Revocation of Supervised Release.**
Defendant is remanded to the custody of the United States Marshal
Court adjourned at 2:30 p.m.