AO 245B (Rev. 06/05) Judgment in a Criminal Case
Sheet 1

# UNITED STATES DISTRICT COURT

EASTERN District of LOUISIANA

UNITED STATES OF AMERICA
V.
MICHAEL ANDREW GRAVES

**JUDGMENT IN A CRIMINAL CASE**
(For Revocation of Supervised Release)

Case Number: 00-104 "B"
USM Number: 27478-034

GEORGE CHANEY, JR. - Federal Public Defender
Defendant's Attorney

## THE DEFENDANT:

X admitted guilt to violation of conditions of the term of supervision.

☐ was found in violation of condition(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| Mandatory Conditions | | |

The defendant is sentenced as provided on page 2 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for the district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

COURT RECORDER: CYNTHIA CRAWFORD

U.S. ATTORNEY: CARTER K.D. GUICE, JR.

PROBATION OFFICER: CORNELL MANUEL

DEPUTY CLERK: AUDRY E. STEWARD

CERTIFIED AS A TRUE COPY
ON THIS DATE  AUG 2 2 2006

BY: _Audry E. Steward_
Deputy Clerk

AUGUST 16, 2006
Date of Imposition of Judgment

_signature_
Signature of Judge

IVAN L.R. LEMELLE, UNITED STATES DISTRICT JUDGE
Name and Title of Judge

AUGUST 17, 2006
Date

___ Fee_____
___ Process_____
X   Dktd_____
___ CtRmDep_____
___ Doc. No_____

AO 245B (Rev. 06/05) Judgment in a Criminal Case
Sheet 2 – Imprisonment

Judgment – Page 2 of 2

DEFENDANT: MICHAEL ANDREW GRAVES
CASE NUMBER: 00-104 "B"

## IMPRISONMENT

It is the judgment of this Court that the defendant's term of supervised release, imposed on August 26, 2005, is REVOKED and the defendant is committed to the custody of the Bureau of Prisons to be imprisoned for a term of 24 months minus the 6 months defendant served on the prior revocation, **for a net sentence of 18 months**. Defendant is to be given credit for time served since his arrest on this revocation.

☐ The court makes the following recommendations to the Bureau of Prisons:

X The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

   ☐ at _____ ☐ a.m. ☐ noon ☐ p.m. on _____

   ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

   ☐ before 2:00 p.m. on _____.

   ☐ as notified by the United States Marshal.

   ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on 10/30/06 to FCC Yazoo

a _____mr_____, with a certified copy of this judgment.

Grystrce Reese Wander
UNITED STATES MARSHAL

BY: _____
DEPUTY UNITED STATES MARSHAL