UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL ACTION |
| v. | * | NO. 00-104 |
| MICHAEL ANDREW GRAVES | * | SECTION: "B" |

\* \* \*

## MOTION TO AMEND JUDGMENT AND PROBATION/COMMITMENT ORDER

**NOW INTO COURT,** through the undersigned Assistant United States Attorney, comes the United States of America, and moves for entry of an order amending the Judgment and Probation/Commitment Order. In support of this motion the Unites States submits the following.

1.

On September 5, 2001, this Court entered a Judgment and Probation/Commitment Order in favor of the United States and against the defendant, Michael Andrew Graves. The judgment ordered Graves to pay restitution in the amount of $15,395.00 to the Orleans Public School Federal Credit Union.

1

2.

By letter dated May 2, 2007, the La Capitol Federal Credit Union notified the Clerk of Court that it had entered into an "Assignment Agreement" with the Orleans Public School Federal Credit Union and requested that all future restitution payments be directed to the La Capitol Federal Credit Union, Attention Accounts Control, 700 Main Street, Baton Rouge, LA 70802. See Exhibit A.

**WHEREFORE,** the United States of America prays that this motion be granted.

Respectfully Submitted,

JIM LETTEN

UNITED STATES ATTORNEY

 s/Peter M. Mansfield
PETER M. MANSFIELD (28671)
Assistant United States Attorney
Hale Boggs Federal Building
500 Poydras Street, Room 210B
New Orleans, LA  70130
Telephone:  (504) 680-3047

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing pleading has been served upon all counsel of record to this proceeding by ECF, facsimile, or mailing the same by first-class United States mail, postage prepaid on this 16th day of January, 2008.

s/Peter M. Mansfield
Assistant United States Attorney