

May 2, 2007

United States District Court
Eastern District of Louisiana
500 Poydras Street, Room C-151
New Orleans, LA 70130
ATTN: Beverly Pisciotta

RE: USA vs. Michael Andrew Graves
Case# 00-CR-104 Section B

Dear Beverly:

Attached please find the Assignment Agreement letter showing that Orleans Public Schools FCU has been acquired by La Capitol Federal Credit Union.

Please remit all restitution payments owed to La Capitol Federal Credit Union for Michael Andrew Graves to:

La Capitol Federal Credit Union
700 Main Street
Baton Rouge, LA 70802
Attention Accounts Control

Should you need to reach me, please call at 225-342-5055 ext. 2267

Sincerely,

Joe Zito
Accounts Control Supervisor

GOVERNMENT EXHIBIT



**National Credit Union Administration**
**ASSET MANAGEMENT AND ASSISTANCE CENTER**
# ASSIGNMENT AGREEMENT

This Assignment Agreement ("Assignment"), dated as of *June 30*, 2006, is made by and between the **NATIONAL CREDIT UNION ADMINISTRATION BOARD ("NCUAB")** in its capacity as Liquidating Agent for Orleans Public School Federal Credit Union ("Assignor") and **LA CAPITOL FEDERAL CREDIT UNION** ("Assignee").

1. **Assignment of Loans**. FOR VALUE RECEIVED, the receipt of which is hereby acknowledged, the Assignor does hereby assign, transfer and set over to Assignee, for Assignee's use, and at Assignee's risk, costs and charges, in all respects, all of the Assignor's rights, title and interest in the loans of Orleans Public Federal School Credit Union listed on Schedules "A" and "B" of the Purchase and Assumption Agreement entered into by and between La Capitol Federal Credit Union and the National Credit Union Administration Board on May 19, 2006, including if any, correspondence and records of individual accounts, security agreements, and/or certificates of title for automobiles, boats, mobile homes and other collateral. Assignor and Assignee understand and agree that the agreement is made solely on an "as is" basis, without warranty or recourse of any kind except as may be contained in the Purchase and Assumption Agreement executed on May 19, 2006 between La Capitol Federal Credit Union and the National Credit Union Administration Board. Said Purchase and Assumption Agreement is hereby incorporated herein by reference. Assignor specifically does **not** guarantee or make any warranty as to the collectability of the loan balance or the solvency of the debtor of any loan assigned hereunder. Assignor and Assignee understand and agree that the Assignor is **not** required to and will not consider any loan repurchases except as provided for in the aforementioned Purchase and Assumption Agreement.

2. **Bar Date**. Any and all claims against Assignor arising under the foregoing Assignment must be received by Assignor no later than one hundred-eighty (180) days following the effective date of the aforementioned Purchase and Assumption Agreement at the following address:

> Asset Management and Assistance Center
> 4807 Spicewood Springs Road, Suite 5100
> Austin, Texas 78759-8490

Failure of Assignee to submit any such claim to Assignor within this one hundred-eighty (180) day period shall be deemed a waiver of said claim for all purposes.

3. **Governing Law**. Any and all disputed arising under this Assignment shall be decided solely according to federal statutory, case and common law, PROVIDED HOWEVER, that in the absence of applicable federal law, such disputes shall be decided solely to the laws of the state of Texas.

4. **Removal**. As to any suit arising under this Assignment which is brought in the courts of any state, Assignee waives the right to challenge the removal of such suit to federal court pursuant to 12 U.S.C. § 1789(a)(2).

5. **Acceptance by Assignee.** Assignee hereby accepts the foregoing Assignment subject to all the terms and conditions thereof.

IN WITNESS WHEREOF, Assignor and Assignee have caused the Assignment to be executed by their respective authorized representatives shown below as of the date first set forth above.

NATIONAL CREDIT UNION ADMINISTRATION BOARD
in its capacity as Liquidating Agent of Orleans Public School
Federal Credit Union, Assignor

By: _____
      Agent for the Liquidating Agent

Printed Name: _Jennifer Murphy_


LA CAPITOL FEDERAL CREDIT UNION, Assignee

By: _____

Printed Name: _Susan P. Leake_

Title: _President/CEO_