UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | * CRIMINAL ACTION |
| VERSUS | * NO. 00-104 |
| MICHAEL ANDREW GRAVES | * SEC. "B" |

## ORDER

Considering the foregoing Motion to Amend the Judgment and Probation/Commitment Order filed by the United States of America (Rec. Doc. No. 55);

**IT IS HEREBY ORDERED** that the Judgment and Probation/Commitment Order be amended to change the name of the victim from the Orleans Public School Federal Credit Union to the La Capitol Federal Credit Union.

**IT IS FURTHER ORDERED** that all future restitution payments be made payable to the La Capitol Federal Credit Union and mailed to the La Capitol Federal Credit Union, Attention Accounts Control 700 Main Street, Baton Rouge, LA 70802.

New Orleans, Louisiana, this 23rd day of January, 2008.

_____
UNITED STATES DISTRICT JUDGE